■    In the Matter of GEORGE W. MILLER et al., Respondents, v. JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, and CHARLES B. RANGEL et al., Appellants.— Judgments unanimously affirmed, without costs and without disbursements. No opinion. Concur — Stevens, P. J., Eager, Tilzer, McNally and Steuer, JJ.

■    THANA SKOURAS et al., Respondents, v. C. RUSSELL FELDMANN, Appellant.— Order entered on January 14, 1969, unanimously affirmed, with $30 costs and disbursements to the respondents, on the memorandum decision at Special Term. Examination is to be held on 10 days' written notice as to time and place, or such other time and place as may be agreed to by the parties. No opinion. Concur — Eager, J. P., McGivern, Markewich, Nunez and McNally, JJ.